UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026

Eddna Rosydel Milla ex rel. Eduar Villanueva-Milla,

                                  Petitioner,

                  -against-

ICE Field Office Director,

                                  Respondent.

26-CV-349

ORDER TO ANSWER, 28 U.S.C. § 2241

GREGORY H. WOODS, United States District Judge:

    Petitioner has, through next friend Eddna Rosydel Milla ("Next Friend"), filed a Petition for

the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby

ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

  a. whether Petitioner was, as the Petition alleges, *see* ECF No. 1, ¶ 8, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

  b. Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

  c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

  d. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Savane v. Francis*, 2025 WL 2774452 (S.D.N.Y. Sept. 28, 2025).  If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

  e. a copy of any final order of removal; and

  f. any information regarding the procedural posture of any pending Department of

Homeland Security or Executive Office for Immigration Review proceedings.

(2)  Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**; and

(3)  Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

The parties shall then appear for a case management with the Court at Courtroom 12C on February 4, 2026 at 10:00 a.m.  Respondents shall produce Petitioner at the conference.

Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondent shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at \*2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at \*14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at \*8-9, \*11 (N.D. Cal. Sept. 18, 2025) (same).

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit. No documents or court filings should be sent directly to Chambers.  Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order: Respondents shall file an answer to the Petition within **three business days of the date of this Order.** Petitioner shall file any reply within **ten business days of the date of this Order.**

The parties shall then appear for a case management with the Court at Courtroom 12C on February 4, 2026 at 10:00 a.m. Respondents shall produce Petitioner at the conference.

The Court directs the Clerk of Court to mail a copy of this order to Next Friend at the address listed on the docket sheet for this action. Next Friend may receive court documents by email by completing the form, Consent to Electronic Service.[1]]

---

[1] For more information about consenting to electronic service, please review the court's Instructions. If Next Friend consents to receive documents by email, Next Friend will no longer receive court documents by regular mail.

3

The Court also directs the Clerk of Court to mail Next Friend an information package.

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

_____
GREGORY H. WOODS
United States District Judge

4