

**Brooklyn Defender Services**
177 Livingston St, 7th Floor
Brooklyn, NY 11201

T: (718) 254-0700
F: (347) 214-9471
ajessurun@bds.org

January 27, 2026

**MEMORANDUM ENDORSED**

By ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/27/2026

      Re: *Villanueva-Milla v. ICE Field Director*, No. 26-cv-349 (GHW)

Dear Judge Woods:

      We represent Petitioner Eduar Santiago Villanueva-Milla in the above-captioned proceeding. Petitioner's next friend Eddna Rosydel Milla filed the instant habeas petition *pro se* on Mr. Villanueva-Milla's behalf on January 14, 2026. On January 23, 2026, Petitioner retained the undersigned *pro bono* counsel to represent him in this action.

      We are writing to inform the Court that Petitioner intends to file an amended petition for writ of habeas corpus ("Amended Petition"). Respondent consents to the filing of the Amended Petition. The Parties jointly request that the Court enter the below briefing schedule for the Amended Petition:

      Amended Petition: February 2, 2026
      Respondent's Opposition: February 10, 2026
      Petitioner's Reply: February 13, 2026

Additionally, given the forthcoming Amended Petition, Petitioner respectfully requests that the Court adjourn the January 31, 2026 deadline for Petitioner to file his reply in support of the habeas petition. Respondent consents to this adjournment.

      Petitioner's counsel remains available to attend the February 4, 2026 case conference. Alternatively, if the Court prefers, Petitioner's counsel is available to appear at a case conference after the Amended Petition has been fully briefed at the Court's earliest convenience.

**DEFEND • ADVOCATE • CHANGE**



We thank the Court for its consideration of this letter.

>Respectfully submitted,
>
>*/s/ Anna K. Jessurun*
>Lucas S. Marquez, Esq.
>Anna K. Jessurun, Esq.
>Brooklyn Defender Services
>177 Livingston Street, 7th Floor
>Brooklyn, NY 11201
>ajessurun@bds.org

CC:   Christine Poscablo, counsel for Respondent (via ECF)

Application granted.  Petitioner's deadline to file an amended petition is February 2, 2026.  The deadline for Respondent's opposition is February 10, 2026.  Petitioner's reply, if any, must be filed by February 13, 2026.  The conference scheduled for February 4, 2026 is adjourned *sine die*.

SO ORDERED.
Dated:  January 27, 2026
New York, New York

>_____
>GREGORY H. WOODS
>United States District Judge