USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
EDUAR VILLANUEVA-MILLA, :
:
                                Petitioner, :      1:26-cv-349-GHW
:
                  -v- :          ORDER
:
PAUL ARTETA, *in his official capacity as Sheriff of* :
*Orange County, New York and Warden of the Orange* :
*County Correctional Facility*, et al., :
:
                                Respondents. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the parties' submissions in connection with both the original petition for a writ of habeas corpus, Dkt. No. 1, and the amended petition, Dkt. No. 25. The Court orders Respondents to submit a sur-reply to address an issue raised in Petitioner's reply—namely, what process was due to Mr. Villanueva-Milla before he was re-detained on January 12, 2026.

      In their sur-reply, Respondents must also address the importance of any piece of evidence they have presented in their answer to the petition. In their answer to the petition, Respondents presented evidence related to this case and briefing from another case. They did not present a fulsome brief developing arguments based on the evidence in this case. That was insufficient. Therefore, in their sur-reply, Respondents must explain the pertinence of any of the factual materials that they have presented to the Court to date. Respondents should not expect that the Court will *sua sponte* develop Respondent's potential arguments regarding the significance of that evidence. Failure by Respondents to brief expressly any such arguments will result in their waiver.

      The Court understands that there have been a number of petitions for a writ of habeas corpus from individuals detained by Immigrations and Customs Enforcement. However, the volume of litigation does not absolve Respondents of their responsibility to brief the issues raised in each case based on the facts of that case. Contrary to the Respondents' representation, the facts of

2

this case and the facts of the case for which they presented briefing are not identical. Respondents have not addressed these differences.

Any sur-reply must be filed by March 16, 2026. Petitioner's deadline to file a sur-sur-reply, if any, is three business days following service of the Respondents' sur-reply.

SO ORDERED.

Dated: March 9, 2026
      New York, New York

                                                                        GREGORY H. WOODS
                                                                 United States District Judge