**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 EDUAR VILLANUEVA-MILLA,

                           Petitioner,

      -against-                                  26 **CIVIL** 0349 (GHW)

                                           **JUDGMENT**

ARTETA, et al,

                          Respondents.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 28, 2026, the petition for a writ of habeas corpus is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      April 29, 2026

                                          **TAMMI M. HELLWIG**

                                           **Clerk of Court**

               **BY:**

                                           **Deputy Clerk**